UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA J. KAES,<br><br>　　Plaintiff,<br><br>v.<br><br>AVANTEUSA, LTD.,<br><br>　　Defendant. | Case No. 4:19-cv-04349<br><br>Honorable Sim Lake |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against AVANTEUSA, LTD. for failure to plead or otherwise defend.

DATED: January 14, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**LISA J. KAES**

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Joseph S. Davidson*

　　　　　　　　　　　　　　　　　　　　　　　　Mohammed O. Badwan
　　　　　　　　　　　　　　　　　　　　　　　　Joseph S. Davidson
　　　　　　　　　　　　　　　　　　　　　　　　**SULAIMAN LAW GROUP, LTD.**
　　　　　　　　　　　　　　　　　　　　　　　　2500 South Highland Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　Lombard, Illinois 60148
　　　　　　　　　　　　　　　　　　　　　　　　+1 630-575-8181
　　　　　　　　　　　　　　　　　　　　　　　　mbadwan@sulaimanlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　jdavidson@sulaimanlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system.

I further certify that I caused a true and correct copy of the foregoing REQUEST FOR CLERK'S ENTRY OF DEFAULT to be served via United States Postal Service Certified Mail® on January 14, 2020to:

AVANTEUSA, LTD.
3600 South Gessner Road
Suite 225
Houston, Texas 77063

AVANTEUSA, LTD.
c/o Mike Moore
2950 South Gessner Road
Suite 265
Houston, Texas 77063

/s/ *Joseph S. Davidson*