IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA J. KAES,<br><br>  Plaintiff,<br><br>v.<br><br>AVANTEUSA, LTD.,<br><br>  Defendant. | Case No. 4:19-cv-04349<br><br>Honorable Sim Lake |

### AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

JOSEPH S. DAVIDSON, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. That I am an attorney for the Plaintiff, Lisa J. Kaes, and in that capacity represent the interests of Plaintiff in the above-captioned matter.

2. I hereby make Motion to the Clerk of this Court for entry of default as to Defendant, AvanteUSA, Ltd., pursuant to Fed. R. Civ. P. 55(a), and in support of this Motion do show that:

   A. The Defendant was served on December 13, 2019, by serving Mike Moore, who is designated by law to accept service of process on behalf of the Defendant.

   B. The Defendant, a corporation with its principal place of business in Houston, Texas, is neither an infant nor an incompetent person requiring special service in accordance with Fed. R. Civ. P. 4(g), and it not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520 or was not six months prior to the filing of this case;

C. The Defendant has neither answered no otherwise responded formally to the Plaintiff's Complaint, no extension has been granted or any extension has expired; and the time to do so, as provided in Fed. R. Civ. P.12(a) has expired;

D. Copies of this Affidavit and the Request, seeking entry of default, which are being filed herewith, have this date been served upon the Defendant by Certified Mail, postage prepaid.

**FURTHER THE AFFIANT SAYETH NOT**

*/s/ Joseph Davidson*
Joseph S. Davidson

SUBSCRIBED AND SWORN to
Before me this 14th day of January, 2020

_____
NOTARY PUBLIC

11/15/2020
MY COMMISSION EXPIRES

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020