# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LISA J. KAES,<br><br>    Plaintiff,<br><br>v.<br><br>AVANTEUSA, LTD.,<br><br>    Defendant. | Case No. 4:19-cv-04346<br><br>Honorable Sim Lake |

**ORDER ON CLERK'S ENTRY OF DEFAULT**

Plaintiff, LISA J. KAES, by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Motion for Entry of Default and the Court having reviewed the same finds:

1. Default is entered against the Defendant, AVANTEUSA, LTD..

Dated: _____

                                                                                      _____

                                                                                      Clerk of the Court